**CRIMINAL MINUTE SHEET**



Total time 10 min

_Atlanta_ DIVI[SION]

(X) IN OPEN COURT  ( ) IN CHAMBERS   DATE: 11-22-04   TIME: 11: - 11:25

Honorable _Charles A. Pannell, Jr._   Court Reporter _Martha Futcher_

Deputy Clerk _Regena Martin_

_United States of America_   _Candie Howard_

v.

_Jerry Holston_   Case No. _1:04-CR-243-CAP_

_Suzanne Hashimi_

### ARRAIGNMENT - SENTENCE - PROBATION REVOCATION

- _____ Dft. not appearing - Court directed bench warrant to issue
- _____ Arraignment held; Dft. informed of rights
- _____ Motion to change plea and order allowing same
- _____ Dft. enters plea of guilty to count(s) _____
- _____ Dft. enters plea of nolo to counts(s) _____
- __X__ Probation revocation hearing held
- __X__ Dft. admits/allegations _in part_ set forth in petition to revoke
- _____ Dft. denies allegations set forth in petition to revoke
- __X__ Court finds Dft. has violated probation
- _____ Court finds Dft. has not violated probation
- _____ Dft. continued on probation
- __X__ Judgment ( ) reinstating ( ) modifying (X) revoking ~~probation~~ _Sprvd Release_
- _____ Sentencing set for _____
- _____ Notice of Sentence to _____ Dft. ____ Cnsl. ____ USA ____ USM ____ USPO ____ Sur[ety]
- _____ Govt. motion to dismiss counts & order re: counts

### TRIALS - JURY AND NON-JURY

- _____ Waiver of Jury Trial
- _____ Govt. voir dire
- _____ Dft. voir dire
- _____ Govt. request to charge
- _____ Dft. request to charge
- _____ Jury impaneled and sworn
- _____ Waiver of alternate jurors

CONTINUATION SHEET                    CASE NO: 1:04-CR-243-CAP

HEARING/PRE-TRIALS/EVIDENCE: Supervised Release Revoked. CBOP 5 mos. w/ NO Spv'd Release to follow. Dft given appeal Rights. Dft Remanded to custody of USM.